STATE OF MAINE
ANDROSCOGGIN, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-01-62
T̶C̶

GERALD COTE, JR.,                    )
                                     )
          Plaintiff                  )      ORDER GRANTING
                                     )      DEFENDANT'S MOTION FOR
                                     )      SUMMARY JUDGMENT
v.                                   )
                                     )
NEW HAMPSHIRE INDEMNITY              )      DONALD L. GARBRECHT
INSURANCE COMPANY, INC.,             )            LAW LIBRARY
                                     )
          Defendant                  )           MAY 30 2002

          After hearing on the Defendant's motion for summary judgment, the Court finds
that there is no genuine issue as to any material fact and the Defendant is entitled to
judgment as a matter of law. The Defendant complied with the Automobile Insurance
Cancellation Control Act and canceled the Plaintiff's policy effective August 4, 1995 at
12:01 a.m. The coverage was no longer in effect when Gerald Cote was involved in an
accident on August 4, 1995. The notice requirement of 24-A MRSA §29H(1)
is inapplicable because the policy had been in effect less than 60 days. §2914 (#8)
          It is therefore ORDERED that summary judgment be entered in favor of the
Defendant, New Hampshire Indemnity Company, on the Plaintiff's Complaint. No Costs awarded

The clerk shall incorporate this Order into the
docket by reference. Rule 79(a).

DATED: 05/10/02

_____
Justice, Superior Court

RECEIVED & FILED

MAY 1 0 2002

ANDROSCOGGIN
SUPERIOR COURT

GERALD COTE JR - PLAINTIFF

Plaintiff's Attorney: JOHN SEDGEWICK

vs

NEW HAMPSHIRE INDEMNITY INSURANCE COMPANY INC

SUPERIOR COURT
ANDROSCOGGIN, ss.
Docket No  AUBSC-CV-2001-00062

**DOCKET RECORD**

Defense Attorney: BARRI BLOOM

Filing Document: COMPLAINT                          Minor Case Type: CONTRACT
Filing Date: 04/25/2001

## Docket Events:

09/25/2001 FILING DOCUMENT - COMPLAINT FILED ON 04/25/2001

09/25/2001 Party(s):  1
          ATTORNEY - RETAINED ENTERED ON 04/25/2001
          Attorney:  JOHN SEDGEWICK
          ATTORNEY FOR PARTY 001 PLAINTIFF

09/25/2001 Party(s):  2
          ATTORNEY - RETAINED ENTERED ON 05/01/2001
          Attorney:  BARRI BLOOM
          ATTORNEY FOR PARTY 002 DEFENDANT

09/25/2001 CERTIFY/NOTIFICATION - CASE FILE NOTICE SENT ON 05/01/2001

09/25/2001 Party(s):  2
          RESPONSIVE PLEADING - ANSWER FILED ON 05/01/2001

09/25/2001 ORDER - SCHEDULING ORDER ENTERED ON 05/08/2001
          THOMAS E DELAHANTY II, JUSTICE
          ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  DISCOVERY
          DEADLINE IS JANUARY8, 2002. COPIES MAILED ALL PARTIES.

09/25/2001 ASSIGNMENT - SINGLE JUSTICE ASSIGNED TO JUSTICE ON 05/08/2001
          THOMAS E DELAHANTY II, JUSTICE

09/25/2001 Party(s):  2
          SUMMONS - ACK OF RECEIPT OF SUMM/COMP FILED ON 05/10/2001

09/25/2001 Party(s):  1
          DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 08/10/2001
          NOTICE TO TAKE ORAL DEPOSITION PURSUANT TO RULE 30(B)(6) OF NEW HAMPSHIRE INDEMNITY
          INSURANCE  COMPANY AND DUCES TECUM SERVED ON BARRI BLOOM, ESQ. ON AUGUST 9, 2001.

10/09/2001 Party(s):  2
          DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 10/09/2001
          DEFENDANT'S RESPONSE TO REQUEST FOR ADMISSIONS SERVED ON JOHN SEDGEWICK, ATTORNEY FOR
          PLAINTIFF ON OCTOBER 4, 2001.

11/13/2001 Party(s):  1